**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*********************************
UNITED STATES OF AMERICA

-v.-   23-MJ- 634
                Docket Number
DOUGLAS NOEL,
*********************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Joshua B. Dugan
Firm Name: USAO-EDNY
Address:   271 Cadman Plaza East
           Brooklyn, NY 11201
Phone Number: 718-254-6144
E-Mail Address: joshua.dugan@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
**If yes, state description of document to be entered on docket sheet:**

_____
_____

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,**
**AND MAY NOT BE UNSEALED UNLESS ORDERED BY**
**THE COURT.**

DATED:  Brooklyn                  , NEW YORK

Hon. Ramon E. Reyes, Jr. *Digitally signed by Hon. Ramon E. Reyes, Jr. Date: 2023.07.09 19:15:47 -04'00'*

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____ DATE

_____
        SIGNATURE

7/9/2023
  DATE