JBD
F.# 2023R00495

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DOUGLAS NOEL,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

23-MJ-634 (CLP)

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Joshua B. Dugan, for an order unsealing the above-captioned matter in its entirety.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
          July 10, 2023

*Cheryl L. Pollak*
_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK