# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States *Plaintiff* v. Douglas Noel *Defendant* | ) ) ) ) ) )   23-mj-634 |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Douglas Noel                                                                                                                                  .

Date:   07/10/23

*Jeff Chabrowe*
Attorney's signature

Jeffrey Alan Chabrowe, 3001328
*Printed name and bar number*

521 Fifth Avenue, New York, NY 10175
*Address*

jeff@chabrowe.com
*E-mail address*

(917) 529-3921
*Telephone number*