# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Lois Bloom__                              DATE: __8/21/23__

DOCKET NUMBER: __23CR320(PKC)__                     Log #: __3:42 - 3:51__

DEFENDANT'S NAME: __Douglas Noel__
          ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

          _Joshua Stevens for_
DEFENSE COUNSEL: __Jeff Chabrowe__
          ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A: __Joshua Dugan__        CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __8/21/23__ Stop __9/7/23__

✓ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __9/7/23__ @ __11:15__ before Judge __Chen__

Other Rulings: _____