# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

October 6, 2023

Judge Pamela K. Chen
United States District Court
 Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

      Re: *USA v. Noel,* Case No. 1:23-cr-00320-PKC-1
         Request to Continue Status Conference

Dear Judge Chen,

    I am requesting a continuance of the October 13, 2023 status conference in the above case. My office continues to review the discovery and conduct plea negotiations. We consent to the exclusion of time on this basis. Based on the foregoing, I request a continuance to November 10, 2023 or thereafter. The government consents to this request.

    Thank you for your time and consideration in this matter.

        Respectfully submitted,

        *Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Douglas Noel***