# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

January 30, 2025

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Douglas Noel</u>, 23-CR-320 (PKC)

Dear Judge Chen:

  Mr. Douglas Noel is scheduled to appear for a status conference on February 3, 2025. He is currently on bond, residing with his mother in Colorado Springs, and remains in compliance with all conditions of release. Defense counsel is in the process of preparing mitigation materials and the parties remain engaged in plea negotiations, with the hope of resolving Mr. Noel's case short of trial.

  In light of the current status of the case, the parties jointly request that the Court continue the status hearing approximately 90 days and that time be excluded under the Speedy Trial Act to allow for plea negotiations to proceed and defense preparation should the negotiations falter. In the alternative, the parties request that the Court permit Mr. Noel to appear telephonically for the status conference.

  Thank you for your consideration.

       Respectfully Submitted,

       _____/s_____

       Nora K. Hirozawa
       Counsel to Douglas Noel
       Federal Defenders of New York, Inc.
       One Pierrepont Plaza, 16th Floor
       Brooklyn, NY 11201
       (718) 330-1290

cc: AUSA Joshua Dugan