**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

April 29, 2025

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    <u>United States v. Douglas Noel</u>, 23-CR-320 (PKC)

Dear Judge Chen:

Mr. Douglas Noel is scheduled to appear for a status conference on May 1, 2025. He is currently on bond, residing with his mother in Colorado Springs, and remains in compliance with all conditions of release, which include home incarceration. Mr. Noel plans to travel to New York for the May 1st hearing, leaving Colorado Springs on April 30 and returning on May 1, 2025. Defense counsel has conferred with Pretrial Services Officer Valeria Lopez, who indicated that Mr. Noel must seek a court order for schedules to be issued for him to purchase lunch and dinner on April 30 and breakfast and lunch on May 1. If granted by the Court, those schedules will be issued by his supervising Pretrial Services Officer. Mr. Noel will remain in compliance with all conditions of release. Defense counsel has advised government counsel of this request as well.

Thank you for your consideration.

Respectfully Submitted,

/s

Nora K. Hirozawa
Counsel to Douglas Noel
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1290

cc:    AUSA Joshua Dugan