**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

August 27, 2025

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Douglas Noel</u>, 23-CR-320 (PKC)

Dear Judge Chen:

    Mr. Douglas Noel is scheduled to appear for a status conference on August 27, 2025 at 1 p.m. He is currently on bond, residing with his mother in Colorado Springs, and remains in compliance with all conditions of release. In light of budgetary concerns and the travel difficulties Mr. Noel faced arriving in person for court on May 1, 2025, the parties respectfully request that he be permitted to appear telephonically or via video.

    Thank you for your consideration.

Respectfully Submitted,

/s

Nora K. Hirozawa
Counsel to Douglas Noel
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1290

cc: AUSA Joshua Dugan