**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

October 2, 2025

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Douglas Noel</u>, 23-CR-320 (PKC)

Dear Judge Chen:

  Mr. Douglas Noel is scheduled to appear for a status conference on October 9, 2025 at 10 a.m. He is currently on bond, residing with his mother in Colorado Springs, and remains in compliance with all conditions of release. Since the last status conference on August 27, 2025, the government has made one additional discovery production, on September 17, 2025. Defense counsel attended an evidence viewing on October 2, 2025 and anticipates receiving additional Rule 16 discovery materials within the next week or two.

  In light of the current status of discovery, the parties request that the Court adjourn the October 9, 2025 status conference approximately 45 days to permit defense counsel to review and discuss new discovery materials with Mr. Noel and engage in plea negotiations.

  Thank you for your consideration.

Respectfully Submitted,

_____/s_____

Nora K. Hirozawa
Counsel to Douglas Noel
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1290

cc: AUSA Joshua Dugan