**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

November 12, 2025

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>United States v. Douglas Noel</u>, 23-CR-320 (PKC)

Dear Judge Chen:

Mr. Douglas Noel is scheduled to appear for a status conference on November 24, 2025. As the Court is aware, he is currently on bond, residing with his mother in Colorado Springs. He remains in compliance with all conditions of release. The parties have reached an agreement and would like to continue the status conference set for November 24 to December 4 or 5 and enter a plea at that time. This adjournment will permit Mr. Noel to obtain a RealID so that he can fly to New York for the hearing.

Thank you for your consideration.

Respectfully Submitted,

_____/s_____

Nora K. Hirozawa
Counsel to Douglas Noel
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1290

cc:  AUSA Joshua Dugan