UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : |
| DOUGLAS NOEL, | :  **23-CR-320 (PKC)** |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR U.S. MARSHAL TRAVEL FUNDS**

The defense respectfully requests that the Court "so order" the attached proposed orders directing the U.S. Marshal to arrange for air transportation of the defendant, Douglas Noel, to attend the upcoming change of plea hearing scheduled for December 5, 2025, in the Eastern District of New York, and then to return home to Colorado Springs, Colorado, where he currently resides under Pretrial supervision. These funds are authorized by 18 U.S.C. § 4285, which authorizes payment for the travel of released indigent criminal defendants on bail at court proceedings. Mr. Noel is indigent and represented by the Federal Defenders as appointed counsel.

DATED: <u>November 25, 2025</u>          Respectfully submitted,

/s/ *Nora K. Hirozawa*
**NORA K. HIROZAWA**
Attorney for Mr. Noel
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Fl.
Brooklyn, NY 11201
Tel.: (718) 330-1200

Cc:   Joshua Dugan (AUSA)
      Valeria Lopez (PTSO)