UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

  - v. -                                              :

DOUGLAS NOEL,                      :    **23-CR-320 (PKC)**

  Defendant.                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to 18 U.S.C. §4285, and upon application of the defendant Douglas Noel, through Nora K. Hirozawa, Esq., of the Federal Defenders of New York,

It is hereby ORDERED:

That the United States Marshals Service make arrangements and furnish the fare for Mr. Noel's non-custodial transportation from the District of Colorado to the Eastern District of New York on or about December 5, 2025, for his appearance in Court at 1 p.m. that day.

It is further ORDERED that a certified copy of this Order be served upon the United States Marshals Service.

DATED:    November _25_ , 2025
               Brooklyn, NY

                                                  s/Hon. Pamela K. Chen
                                                 Hon. Pamela K. Chen
                                                 United States District Judge
                                                 Eastern District of New York