

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JBD
F. #2023R00459

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 5, 2026

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Douglas Noel
           Criminal Docket No. 23-320 (PKC)

Dear Judge Chen:

      The government respectfully writes, with the consent of defense counsel, to request an adjournment of the sentencing hearing set in this matter for April 9, 2026 at 10:30 a.m. After consulting with the Court's deputy, the parties understand that the Court is available on May 14, 2026 at 2:30 p.m., and respectfully request that the sentencing hearing be adjourned until that time.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/
      Joshua B. Dugan
      Assistant U.S. Attorney
      (718) 254-6144

cc:    Nora Hirozawa, Esq. (By ECF)
      Clerk of Court (PKC) (By ECF)